615 A.2d 339

**PHILADELPHIA HOUSING AUTHORITY**

v.

**Pearline BARBOUR, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1992.

Decided Nov. 16, 1992.

Michael Donahue, Philadelphia, for appellant.

Denise J. Baker, Philadelphia, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.